[Nos. 28657-2-II; 30928-9-II.   Division Two.   December 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH FREDRICK LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01470-7, M. Karlynn Haberly, J., entered March 29, 2002 together with a petition for relief from personal restraint. Judment *affirmed* and petition denied by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[Nos. 29911-9-II; 29923-2-II.   Division Two.   December 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RICHARD HERTWIG, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 02-1-01553-4 and 02-1-00352-8, Richard A. Strophy, J., entered January 29, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 30238-1-II.   Division Two.   December 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARD Q. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00769-2, Russell W. Hartman, J., entered April 18, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 30684-1-II.   Division Two.   December 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY ALAN COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01003-2, Ronald E. Culpepper, J., entered August 1, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.